United States District Court
For The District of Massachusetts

| | |
|---|---|
| Steven Lippard | |
| Plaintiff | |
| vs | Docket # _____ |
| Chief of Yarmouth Police Dept. | |
| Det. Zouting | Date: _____ |
| Town Manager, of Yarmouth Port | |
| (All 3 in both official and their individual capacity) | JURY TRIAL DEMANDED |

## Civil Complaint
Under U.S.C. 1983 § 42

1) Plaintiff is a pre-trial detainee held at The Barnstable County Jail, 6000 Sheriff's Pl, Bourne, MA 02532

2) All of The Defendants are employees of Yarmouth Port city government

### FACTS OF COMPLAINT

(2)

3) On or about January 12, 2023, plaintiff was arrested and booked by Detective Zouting of Yarmouth Port Police dept.

4) During the booking process, Det. Zouting frequently made disparaging comments in regards to my sexuality, the alleged sexual crime, (reported by the complaintant witness) and other vulgarities.

5) The most harmful statement that Det. Zouting made, is the one that actually caused me real and significant harm, which is when he stated, "I don't believe in Faggot Weddings." And demanded that I remove my wedding band.

6) I took a vow to love, honor, obey, and cherish my husband until death do us part and at that time, we also both vowed to never remove our wedding rings absent a medical emergency.

7) Det. Zouting was not only indifferent to my objections, which I attempted to make clear to him, but he was malicious in his attitude, demeanor, and words.

(3)

8) IT was quite obvious he was gaining a perverse satisfaction off my utter distress and anguish. And when I tried to refuse, out of sheer loyalty to my husband, Det. Zating threatened to take the ring off my finger, with brute force and charge me with additional crimes. I would prefer not to repeat the descriptions of the physical things he said he would and could do to me.

9) Not long afterwards, I found myself at Barnstable County Jail. Where intake personnell questioned me about my marital status.. which caused further pain and anguish when they questioned me about "why I had no Ring" if I were married.

10) Thus, I soon discovered, many heteresexaul inmates were wearing wedding rings.

11) I've been told that Police departments all over the world do not remove wedding rings — even in North Korean.

12) DET. ZONTING VIOLATED THE PROTOCOLS, PROCEDURES AND POLICIES OF THE YARMOUTH

(4)

Dart Police department all so he could inflict his prejudicial feelings towards a gay person and act upon them to cause me harm. He did this outside the color of Law that he's protected by as an official member of city government.

13) Det. Touhey violated Federal Laws involving Due Process, Protected Class Members, and various other Civil Right violations which I request the honorable Court to apply the applicable Laws to given that plaintiff is not educated in the Law.

14) I have been without my wedding ring for apx 8-Months. My Attorney has brought it to the Jail several times but BCLF will not allow wedding rings into the facility because they dont do Jailhouse weddings so if an inmate is married, they should have worn their ring when entering the facility.

15) There's no telling how long I will be divorced from my ring but each day I look at my finger is a painful reminder when it should be the joy

(5)

and inspirational to motivate me to cope with this very, very difficult time in my life.

16) Det. Touting knew, exactly, what he was doing. He knew wedding rings are allowable items yet he made me take it off, because "I don't believe in Faggot Weddings"

17) The Chief of Police has allowed Det. Touting to violate my rights by improper supervision, inadequate training, and failure to provide him with Sensitivity training when Det Touting is an obvious homophobic intolerant of all members of the LGBTQ Community.

Redress

1) I request B.C.C.F. be ordered by the Court to allow my attorney to drop off my wedding ring and it be given back to me.

2) I seek 150,000.00 (USD) in Compensatory Damages

(6)

3) I seek 250,000.00 (USD) In Punitive Damages.

4) I seek The City of Yarmouth Port properly Train and supervise its employees.

Respectfully,

*[signature]*

Steven Lippard
BCCF
6000 Sheriffs' Place
Bourne, MA 02532